Submitted on record and briefs February 6, reversed March 10, 2004

In the Matter of Steven Bunting,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

STEVEN BUNTING,
*Appellant.*

0205-64249; A118414

86 P3d 99

Paul L. Breed filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael C. Livingston, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant argues that the trial court erred in committing him because there was not clear and convincing evidence that he was unable, due to his mental disorder, to provide for his basic needs. ORS 426.005(d)(B). The state concedes that the record fails to establish by clear and convincing evidence that, because of appellant's mental disorder, he is unable to provide for his basic needs. On *de novo* review, *State v. O'Neill*, 274 Or 59, 61, 545 P2d 97 (1976), we accept the state's concession.

Reversed.